# UNITED STATES DISTRICT COURT
## IN THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

KENNETH SINLEY,

        Plaintiff,

                                    Case No. 5:14-cv-273

        vs.

NATIONSTAR MORTGAGE LLC,           STIPULATION TO DISMISS

        Defendant.


      Now come the Plaintiff, KENNETH SINLEY, and the Defendant, NATIONSTAR

MORTGAGE LLC, and hereby advise the Court that they have stipulated that this matter shall be

dismissed with prejudice, each party to assume their own costs, subject to a settlement agreement

reached between the parties.


*/s/* Mitchel E. Luxenburg                         */s/* K. Issac deVyver

Mitchel E. Luxenburg (0071239)             (with permission granted to sign)

The Law Firm of Mitch Luxenburg           Mr. K. Issac deVyver (0072633)

Attorney for Plaintiff                              Reed Smith LLP

P.O. Box 22282                                  Attorneys for Defendant

Beachwood, OH 44122                    225 Fifth Avenue

(216) 452-9301 (phone)                    Suite 1200

(866) 551-7791 (facsimile)               Pittsburgh PA 15219-1886

mitch@luxenburglevin.com               (412) 288-7260 (phone)

                                          (412) 288-3063 (facsimile)

                                          kdevyver@reedsmith.com


10/6/2014 - IT IS SO ORDERED
/s/SOLOMON OLIVER, JR.
CHIEF JUDGE
UNITED STATES DISTRICT COURT